No. 71–654. LOVISI *v.* VIRGINIA. Sup. Ct. Va. Motion of respondent to dispense with printing brief granted. Certiorari denied.

No. 71–705. GALVESTON CITY CO. ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 71–713. VIRGINIA IMPRESSION PRODUCTS CO., INC. *v.* SCM CORP. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 71–717. KROZAK *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 71–751. BOARD OF EDUCATION OF LITTLE ROCK SCHOOL DISTRICT ET AL. *v.* CLARK ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 71–729. SHEPPARD *v.* WASHINGTON. Ct. App. Wash. Motion to dispense with printing petition granted. Certiorari denied.